A07A0434. GARZA v. THE STATE.
(685 SE2d 366)

MILLER, Chief Judge.

In *Garza v. State*, 284 Ga. 696 (670 SE2d 73) (2008), the Supreme Court of Georgia reversed Division 1 (a) of this Court's opinion in *Garza v. State*, 285 Ga. App. 902 (648 SE2d 84) (2007), which approved Garza's convictions of kidnapping. Accordingly, we vacate Division 1 (a) of our earlier opinion and adopt the opinion of the Supreme Court as our own in its stead.

*Judgment affirmed in part and reversed in part. Smith, P. J., and Barnes, J., concur.*

DECIDED OCTOBER 7, 2009.

*Larry D. Wolfe*, for appellant.
*Cecilia M. Cooper, District Attorney*, for appellee.